1184

No. 93–7737.  BRAY v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 93–7738.  COLEMAN v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 93–7742.  HAMBLIN ET AL. v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 93–7743.  MORENO GOMEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 93–7747.  MOONEY v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 93–7748.  NWANKWO v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 93–7758.  UDUKO v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 93–7760.  VAUGHN v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 93–7761.  SHEPHARD v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 93–7762.  SCRUGGS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 93–7781.  DAVIS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 93–7782.  HUDSON, AKA HUDSMITH v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 93–7784.  JOE v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 93–7799.  GORDON v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 93–799.  STANDARD INSURANCE CO. v. SAKLAD.  Ct. App. Ore.  Motions of Health Insurance Association of America and American Council of Life Insurance et al. for leave to file briefs as *amici curiae* granted.  Certiorari denied.